IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-133-FDW-DCK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) **ORDER** |
| HENDRICK CORPORATION, LLC, a North Carolina limited liablity company; MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, a New York corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by D. J. O'Brien, III, concerning Steven M. Klepper on April 7, 2016. Mr. Steven M. Klepper seeks to appear as counsel *pro hac vice* for Plaintiff Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Mr. Steven M. Klepper is hereby admitted *pro hac vice* to represent Plaintiff Hartford Fire Insurance Company.

**SO ORDERED**.

Signed: April 7, 2016

David C. Keesler
United States Magistrate Judge