IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-133-FDW-DCK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> HENDRICK CORPORATION, LLC, a North Carolina limited liability company; MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, a New York corporation, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Adam L. Ross, concerning Jeffrey E. Glen on April 8, 2016. Mr. Jeffrey E. Glen seeks to appear as counsel *pro hac vice* for Defendant Hendrick Corporation, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **GRANTED.** Mr. Jeffrey E. Glen is hereby admitted *pro hac vice* to represent Defendant Hendrick Corporation, LLC.

**SO ORDERED**.

Signed: April 8, 2016

David C. Keesler
United States Magistrate Judge