UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:16-CV-00133-FDW-DCK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENDRICK CORPORATION, LLC, a North Carolina limited liability company; MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, a New York corporation,<br><br>Defendants. | *RENEWED* MOTION FOR EXTENSION OF TIME FOR DEFENDANT MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA TO RESPOND TO COMPLAINT |

Plaintiff Hartford Fire Insurance Company ("Hartford") respectfully moves the Court for an Order extending the time by thirty (30) days within which Defendant Mitsui Sumitomo Insurance Company of America ("Mitsui Sumitomo") may serve an answer or otherwise respond to the Complaint. In support of this Motion, Hartford shows the Court:

1. Hartford filed this action on March 17, 2016, and achieved service of the Summons and Complaint on Mitsui on March 21, 2016, via certified mail.

2. Hartford's Complaint seeks a declaration that no insurance coverage exists for funds allegedly paid by Defendant Hendrick Corporation, LLC ("Hendrick") to unwind consumer transactions that involved falsified income statements and fictitious trade-in vehicles. The Complaint alleges Mitsui Sumitomo issued excess liability policies to Hendrick and is an interested party to this litigation.

3. On April 7, 2016, Hendrick filed a Motion to Dismiss alleging, among other things, that Mitsui Sumitomo was not the excess carrier for the relevant time period. Hartford has

agreed with Mitsui Sumitomo to move the Court on Mitsui Sumitomo's behalf for the extension requested herein so that Hartford can evaluate Hendrick's contention.

4. Mitsui Sumitomo consents to this Motion. Counsel for Hendrick represents that Hendrick does not consent (for the reasons stated in its Response to the original Motion), but does not object to the extension of time requested herein.

5. This Motion is not made for purposes of delay.

WHEREFORE, Plaintiff Hartford Fire Insurance Company prays the Court enter an Order extending the time by thirty (30) days to and including May 11, 2016, within which Defendant Mitsui Sumitomo Insurance Company of America may serve an answer or otherwise respond to the Complaint.

This the 15th day of April 2016.

          /s/ D.J. O'Brien III
D.J. O'Brien III
N.C. State Bar No. 35481
dobrien@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina, 27401
Tel. (336) 373-8850
Fax (336) 378-1001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will give notice of such filing to:

Adam L. Ross
aross@jmdlaw.com

Jeffrey Elias Glen
jglen@andersonkill.com

*Attorneys for Defendant*
*Hendrick Corporation, LLC*

This the 15th day of April 2016.

                                             /s/ D.J. O'Brien III
                                            D.J. O'Brien III