IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-133-FDW-DCK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY; and XL INSURANCE AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> HENDRICK AUTOMOTIVE GROUP; and SAVANNAH HIGHWAY AUTOMOTIVE COMPANY, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Consolidate" (Document No. 52) filed August 15, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Consolidate" (Document No. 52) is **GRANTED**.

**IT IS FURTHER ORDERED** that Case No. 3:16-cv-489 is hereby consolidated with Case No. 3:16-cv-133. Case No. 3:16-cv-133 is declared the Lead Action, and the parties shall file all future pleadings only in Case No. 3:16-cv-133. The Clerk of Court shall docket a copy of this Order in Case No. 3:16-cv-489.

**SO ORDERED**.

Signed: August 17, 2016

David C. Keesler
United States Magistrate Judge